**Opinion issued October 1, 2019**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-19-00438-CV

————————————

## IN RE JUDITH D. CASEY, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Judith D. Casey has filed a petition for a writ of mandamus challenging the trial court's June 14, 2019 order granting real party in interest Betty Rathburn Ligon's Motion to Suppress Use of Privileged Information.[1]

---

[1] The underlying case is *Judith D. Casey v. Betty Rathburn Ligon*, Cause No. 2014-67737, pending in the 55th District Court of Harris County, Texas, the Honorable Latosha Lewis Payne presiding.

We deny the petition and lift the stay imposed by our June 17, 2019 order. We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Countiss.